# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

Philadelphia Division

| | |
|---|---|
| Holando Willi Falcon,<br><br>*Debtor*. | Chapter 13<br>Case No. 25-12640-DJB |

### Praecipe to Withdraw Document

To the Clerk of Court:

Please withdraw the Amended Schedule J which was filed with the Court on September 12, 2025, as ECF No. 30. Thank you.

Date: September 12, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com