UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>　　HOLANDO FALCON<br>　　　　Debtor(s)<br>U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE FOR VELOCITY COMMERCIAL CAPITAL LOAN TRUST 2023-3<br>　　　　Movant<br>v.<br>HOLANDO FALCON<br>　　　　Debtor(s)<br>TELA COMPRO LLC, A PENNSYLVANIA LIMITED LIABILITY COMPANY<br>　　　　Co-Debtor<br>KENNETH E. WEST<br>　　　Trustee<br>　　　　Respondent(s) | Chapter 13<br><br>Case Number: 25-12640-djb |

**MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY WITH RESPECT TO PROPERTY: 3466 N HOPE STREET, PHILADELPHIA, PA 19140-4617**

U.S. Bank Trust Company, National Association, as Trustee for Velocity Commercial Capital Loan Trust 2023-3, through its Counsel, Stern & Eisenberg PC, respectfully requests the Court grant its Motion for Relief and §1301 and in support thereof respectfully represents as follows:

1. Movant is U.S. Bank Trust Company, National Association, as Trustee for Velocity Commercial Capital Loan Trust 2023-3 (hereafter referred to as "Movant").

2. Debtor(s), Holando Falcon (hereinafter, "Debtor(s)"), is/are, upon information and belief, adult individual(s) whose last-known address is 3466 N Hope Street, Philadelphia, PA 19140-4617.

3. On January 3, 2024, Tela Compro LLC, a Pennsylvania limited liability Company, executed and delivered a Note in the principal sum of $79,875.00 to BIM Mortgage LLC, a/an Pennsylvania Limited Liability Company. A copy of the Note is attached as Exhibit "A" and is hereby incorporated by reference.

4. As security for the repayment of the Note, Tela Compro LLC, a Pennsylvania limited liability Company, executed and delivered a Mortgage to BIM Mortgage LLC, a/an Pennsylvania Limited Liability Company. The Mortgage was duly recorded in the Office of the Recorder of Deeds in and for Philadelphia County on June 30, 2023 in Book N/A, Page N/A and/or Instrument 54196815. A copy of the Mortgage is attached as Exhibit "B" and is hereby incorporated by reference.

5. The Mortgage encumbers Debtor's real property located at 3466 N Hope Street, Philadelphia, PA 19140-4617.

6. By assignment of mortgage, the loan was ultimately assigned to U.S. Bank Trust Company, National Association, as Trustee for Velocity Commercial Capital Loan Trust 2023-3. A true and correct copy of the assignment is attached as Exhibit "C" and is hereby incorporated by reference.

7. Debtor(s), upon information and belief, does not own the Property, nor does Debtor maintain a sufficient equitable interest in the Property to provide Movant with adequate protection that would justify imposing the automatic stay as to the Property under 11 USC §361-362, and 541.

8. Even though Debtor identified the Property as their primary residence, as a result of Debtor's inability to adequately provide for Movant due to their lack of ownership or equitable interest in the Property, Movant is not adequately protected and is entitled to relief under 11 USC §362, and as may be applicable, 1301.

9. A plan language reading of 11 USC §362(a) notes that the automatic stay does not extend beyond a debtor, their property, and the property of the bankruptcy estate.

10. Movant is therefore seeking to confirm that the automatic stay, and any applicable stay under 11 USC §1301, does not apply to Movant and/or the Property.

11. Movant acers, upon information and belief that the Property is not necessary for an effective reorganization.

12. Movant requests that the stay of Bankruptcy Rule 4001(a)(3) be waived.

WHEREFORE, Movant, U.S. Bank Trust Company, National Association, as Trustee for Velocity Commercial Capital Loan Trust 2023-3, respectfully requests this Court to grant the appropriate relief under 11 U.S.C. §362 and §1301 from the automatic stay as set forth in the proposed order together with waiver of Bankruptcy Rule 4001(a)(3).

Respectfully Submitted:

Stern & Eisenberg, PC


Date: September 25, 2025

*By: /s/ Daniel P. Jones*
Daniel P. Jones
Bar Number: 321876
Email: djones@sterneisenberg.com