## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>   HOLANDO FALCON<br>       Debtor(s)<br>U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE FOR VELOCITY COMMERCIAL CAPITAL LOAN TRUST 2023-3<br>       Movant<br>v.<br>HOLANDO FALCON<br>       Debtor(s)<br>TELA COMPRO LLC, A PENNSYLVANIA LIMITED LIABILITY COMPANY<br>       Co-Debtor<br>KENNETH E. WEST<br>       Trustee<br>       Respondent(s) | Chapter 13<br><br>Case Number: 25-12640-djb |

## **ORDER**

     AND NOW, this _____ day of _____ , 2025, upon the motion of U.S. Bank Trust Company, National Association, as Trustee for Velocity Commercial Capital Loan Trust 2023-3, and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, U.S. Bank Trust Company, National Association, as Trustee for Velocity Commercial Capital Loan Trust 2023-3 (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 3466 N HOPE STREET, PHILADELPHIA, PA 19140-4617.

     It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

                                               BY THE COURT:

                                               _____

                                               UNITED STATES BANKRUPTCY JUDGE