UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>    HOLANDO FALCON<br>        Debtor(s)<br>U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE FOR VELOCITY COMMERCIAL CAPITAL LOAN TRUST 2023-3<br>        Movant<br>    v.<br>HOLANDO FALCON<br>        Debtor(s)<br>TELA COMPRO LLC, A PENNSYLVANIA LIMITED LIABILITY COMPANY<br>        Co-Debtor<br>KENNETH E. WEST<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 25-12640-djb |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and correct copy of the within Motion for Relief From Automatic Stay Under 11 USC and §1301, together with Order, Notice and this Certificate, was sent to the Debtor(s), Counsel and the Trustee and all other required parties via first class mail and/or ECF on the date set forth below.

Holando Falcon
519 Regis Ct Apt C
Bensalem, PA 19020-6160
*Debtor(s)*

Tela Compro LLC, a Pennsylvania limited liability Company
3466 N Hope Street
Philadelphia, PA 19140-4617
*Co-Debtor(s)*

Michael A. Cibik
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
help@cibiklaw.com
*Attorney for Debtor*

Kenneth E. West
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com
*Chapter13 Trustee*

Office of the U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*

                        Respectfully Submitted:
                        Stern & Eisenberg, PC
                        *By: /s/ Daniel P. Jones*
                        Daniel P. Jones
                        Bar Number: 321876
                        Email: djones@sterneisenberg.com

Date: September 25, 2025