IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Holando Falcon<br><br>Debtor(s) | Chapter 13<br><br>Bankruptcy Case: 25-12640-djb |

# CERTIFICATE OF NO RESPONSE

    I, Daniel P. Jones, attorney for U.S. Bank Trust Company, National Association, as Trustee for Velocity Commercial Capital Loan Trust 2023-3 C/O Velocity Commercial Capital, hereby certify that a true and correct copy of the Motion for Relief from the Automatic Stay was sent to Debtor, counsel for the Debtor, and the Trustee, as evidenced by the Certificate of Service already of record.

    In accordance with the Notice of Hearing with Response Deadline, Debtor was directed to file an answer to Movant's Motion for Relief from the Automatic Stay with the Clerk of the United States Bankruptcy Court and receipt thereof and serve said answer on said Movant and its counsel by October 9, 2025. Upon review of the docket, no answer has been filed. Accordingly, Movant is entitled to the relief requested.

                                                    STERN & EISENBERG, PC

                                                    By: /s/Daniel P. Jones
                                                    Daniel P. Jones, Esquire
                                                    Stern & Eisenberg, PC
                                                    1581 Main Street, Suite 200
                                                    The Shops at Valley Square
                                                    Warrington, PA 18976
                                                    Phone: (215) 572-8111
                                                    Facsimile: (215) 572-5025
                                                    Bar Number: 321876
                                                    djones@sterneisenberg.com
                                                    Counsel for Movant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Holando Falcon<br><br>Debtor(s) | Chapter 13<br><br>Bankruptcy Case: 25-12640-djb |

## CERTIFICATE OF SERVICE OF CERTIFICATE OF NO RESPONSE

I, Daniel P. Jones, Esquire, hereby certify that a true and correct copy of the within Certificate of No Response, together with this Certificate, was sent to the Debtor, counsel for the Debtor, and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on October 17, 2025 via First Class Mail.

Michael A. Cibik
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
help@cibiklaw.com
**Counsel for Debtor**

Kenneth E. West
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com
**Bankruptcy Trustee**

United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee**

and by standard first-class mail postage prepaid to:

Holando Falcon
519 Regis Ct Apt C
Bensalem, PA 19020-6160
**Debtor(s)**

STERN & EISENBERG, PC
By: /s/Daniel P. Jones
Daniel P. Jones, Esquire
Stern & Eisenberg, PC
Bar Number: 321876
djones@sterneisenberg.com
Counsel for Movant