**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Holando Willi Falcon, | Chapter 13 |
| | Case No. 25-12640-DJB |
| *Debtor*. | |

**Certificate of Service**

I, Michael A. Cibik, certify that on November 5, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Fourth Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: November 5, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building 900 Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
Chapter 13 Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106

**U.S. Bank Trust Company**
c/o Velocity Commercial Capital
2945 Townsgate Road, Suite #110
Westlake Village, CA 91361

**Asian Bank**
1040 North Kings Highway, Suite 200
Cherry Hill, NJ 08034

**Amex**
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540

**Arkhomes**
200 Broadway
New York, NY 10038

**Barclays Bank Delaware**
Attn: Bankruptcy
125 S West St
Wilmington, DE 19801-5014

**Caine & Weiner**
Attn: Bankruptcy
5805 Sepulveda Blvd
Sherman Oaks, CA 91411-2546

**Citibank/Best Buy**
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
St Louis, MO 63179-0040

**Citibank/The Home Depot**
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
Saint Louis, MO 63179-0040

**Credence Resource Management, LLC**
Attn: Bankruptcy
4222 Trinity Mills Road Suite 260
Dallas, TX 75287

**Credit Coll**
Attn: Bankruptcy
725 Canton Street
Norwood, MA 02062

**Credit Collection Services**
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062

**Credit One Bank**
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

**Genesis Credit Management**
Attn: Bankruptcy Department
Po Box 965060
Orlando, FL 32896-5065

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**LVNV Funding, LLC**
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

**Mission Lane LLC**
Attn: Bankruptcy
P.O. Box 105286
Atlanta, GA 30348

**PECO Energy Company**
2301 Market St
Philadelphia, PA 19103-1338

**Pennsylvania Attorney General**
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

**Pennsylvania Department of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**Pennsylvania Office of General Counsel**
333 Market St Fl 17
Harrisburg, PA 17101-2210

**PGW**
Legal - Bankruptcy Unit
800 W. Montgomery Avenue
3rd Floor
Philadelphia, PA 19122

**Stern and Eisenberg, LLP**
1581 Main Street Suite 200
Warrington, PA 18976

**Tela Compro, LLC**
1341 N Delaware Ave
Philadelphia, PA 19125-4300

**Trinity Health**
P.O. Box 1123
Minneapolis, MN 55440

**U.S. Attorney, Eastern District of Pa.**
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

**U.S. Department of Justice**
Attorney General
PO Box 683
Washington, DC 20044-0683