IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | 25-12640 (DJB) |
| HOLANDO FALCON ) | |
| ) | |
| **Debtor(s)** ) | Chapter 13 |
| ) | |
| ) | |

## CERTIFICATE OF SERVICE

WILLIAM E. CRAIG, attorney for Asian Bank hereby certifies as follows:

1. I am the attorney for Asian Bank and am fully familiar with the facts of this case.

2. On December 22, 2025, I served by electronic means and by regular mail, a copy of the Objection To Confirmation to the following individuals:

| Debtor | Debtors' Attorney |
|---|---|
| Holando Falcon | Michael A. Cibik, Esq. |
| 519 Regis Ct. Apt. C | Cibik Law, P.C. |
| Bensalem, PA 19020 | 1500 Walnut Street |
| | Suite 900 |
| | Philadelphia, PA 19102 |

| Office of the US Trustee | Trustee |
|---|---|
| Office of United States Trustee | Kenneth E. West |
| Robert N.C. Nix Federal Building | Office of the Chapter 13 Standing Trustee |
| 900 Market Street | 190 N. Independence Mall West |
| Suite 320 | Suite 701 |
| Philadelphia, PA 19107 | Philadelphia, PA 19106 |

Date: 12/22/25

/s/ William E. Craig
William E. Craig
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
Bar I.D. 92329 - Pennsylvania