United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 25-12640-djb

Holando Falcon     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Feb 20, 2026     Form ID: pdf900     Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Holando Falcon, 519 Regis Ct Apt C, Bensalem, PA 19020-6160 |
| cr | + | Asian Bank, 913 Arch Street, 2nd Floor, Philadelphia, PA 19107-2428 |
| cr | + | U.S. Bank Trust Company, National Association, as, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976, UNITED STATES 18976-3403 |
| 15024756 | + | Arkhomes, 200 Broadway, New York, NY 10038-2595 |
| 15058570 | + | Asian Bank, 1040 North Kings Highway, Suite 200, Cherry Hill, NJ 08034-1925 |
| 15041255 | + | Asian Bank, c/o Nicole C. Rizzo, Esquire, Eisenberg Gold & Agrawal, 1040 Kings Hwy N #200, Cherry Hill, NJ 08034-1925 |
| 15034678 | + | Asian Bank, c/o William E. Craig, Esquire, Eisenberg Gold & Agrawal, 1040 Kings Hwy N #200, Cherry Hill, NJ 08034-1925 |
| 15024759 | | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, St Louis, MO 63179-0040 |
| 15024769 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15024774 | | Tela Compro, LLC, 1341 N Delaware Ave, Philadelphia, PA 19125-4300 |
| 15047754 | + | U.S. Bank Trust Company, c/o Velocity Commercial Capital, 2945 Townsgate Road, Suite #110, Westlake Village, CA 91361-5865 |
| 15024776 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 15024777 | | US Bank Trust Company, N.A., 30699 Russell Ranch Rd Ste 295, Westlake Vlg, CA 91362-7325 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 21 2026 00:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 21 2026 00:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15024755 | | Email/PDF: bncnotices@becket-lee.com | Feb 21 2026 00:42:24 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15024757 | | Email/Text: BarclaysBankDelaware@tsico.com | Feb 21 2026 00:31:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 15024758 | | Email/Text: caineweiner@ebn.phinsolutions.com | Feb 21 2026 00:31:29 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 15024760 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 21 2026 00:42:25 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 15024761 | + | Email/Text: bankruptcy@credencerm.com | Feb 21 2026 00:31:00 | Credence Resource Management, LLC, Attn: Bankruptcy 4222 Trinity Mills Road, Dallas, TX 75287-7603 |
| 15024762 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 21 2026 00:31:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 15024763 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 21 2026 00:31:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 15024764 | | Email/PDF: creditonebknotifications@resurgent.com | | |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| | | Feb 21 2026 00:42:25 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15024765 | ^ MEBN | | |
| | | Feb 21 2026 00:29:09 | Genesis Credit Management, Attn: Bankruptcy Department, Po Box 965060, Orlando, FL 32896-5065 |
| 15024766 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Feb 21 2026 00:31:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15045664 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Feb 21 2026 00:42:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15024767 | Email/Text: ml-ebn@missionlane.com | | |
| | | Feb 21 2026 00:30:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 15024768 | + Email/Text: bankruptcygroup@peco-energy.com | | |
| | | Feb 21 2026 00:31:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15024772 | ^ MEBN | | |
| | | Feb 21 2026 00:28:55 | PGW, Legal - Bankruptcy Unit, 800 W. Montgomery Avenue Dept. 3rd Floor, Philadelphia, PA 19122-2806 |
| 15024770 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | Feb 21 2026 00:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15024771 | ^ MEBN | | |
| | | Feb 21 2026 00:29:03 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15024773 | ^ MEBN | | |
| | | Feb 21 2026 00:28:58 | Stern and Eisenberg, LLP, 1581 Main Street Suite 200, Warrington, PA 18976-3403 |
| 15046537 | + Email/Text: BNCnotices@dcmservices.com | | |
| | | Feb 21 2026 00:31:00 | TRINITY HEALTH, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15024775 | Email/Text: usapae.bankruptcynotices@usdoj.gov | | |
| | | Feb 21 2026 00:31:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15047933 | ^ MEBN | | |
| | | Feb 21 2026 00:28:58 | U.S. Bank Trust Company, c/o Steven K. Eisenberg, P.C., 1581 Main Street, Ste 200, The Shops at Valley Square, Warrington, PA 18976-3403 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 22, 2026   Signature:   /s/Gustava Winters

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Feb 20, 2026 Form ID: pdf900 Total Noticed: 35

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee for Velocity Commercial Capital Loan Trust 2023-3 djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| JANET L. GOLD | on behalf of Creditor Asian Bank jgold@egalawfirm.com alapinski@egalawfirm.com;dvillari@egalawfirm.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Holando Falcon help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| NICOLE C. RIZZO | on behalf of Creditor Asian Bank nrizzo@egalawfirm.com alapinski@egalawfirm.com |
| STEVEN K. EISENBERG | on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee for Velocity Commercial Capital Loan Trust 2023-3 seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Asian Bank wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Holando Willi Falcon,<br><br>*Debtor*. | Chapter 13<br>Case No. 25-12640-DJB |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Ken West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: **February 20, 2026**

**DEREK J. BAKER**
**U.S. BANKRUPTCY JUDGE**