# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Holando Willi Falcon,<br><br>*Debtor*. | Chapter 13<br>Case No. 25-12640-DJB |

## Certificate of Service

    I, Michael A. Cibik, certify that on March 5, 2026, I did cause a true and correct copy of the Application for Compensation, Notice, Proposed Order, and *Exhibit* to be served on the parties listed below, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

**Holando Willi Falcon**
519 Regis Ct, Apt C
Bensalem, PA 19020-6160
Method of Service: First Class Mail

Date: March 5, 2026

                              /s/ Michael A. Cibik
                              Michael A. Cibik (#23110)
                              Cibik Law, P.C.
                              1500 Walnut Street, Suite 900
                              Philadelphia, PA 19102
                              215-735-1060
                              mail@cibiklaw.com